IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARIE RENIE CARTER**                                                                 **PLAINTIFF**

v.                           **CASE NO. 4:13CV00356 BSM**

**PULASKI COUNTY et al.**                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 10th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE